[No. 10362–1–II. Division Two. December 20, 1988.]

SCOTT A. ROBINSON, ET AL, *Appellants,* v. CORWIN BEVERAGE COMPANY, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Clark

County, No. 85–2–02283–5, Robert L. Harris, J., entered September 12, 1986. *Affirmed* by unpublished opinion per Alexander, J., concurred in by Reed, C.J., and Petrich, J.